71600. MITCHELL et al. v. PURSER et al.
(342 SE2d 753)

CARLEY, Judge.

From a judgment granting appellees visitation rights to their grandchild, appellants filed a direct appeal to the Supreme Court.

The Supreme Court transferred the case to this court. Pursuant to OCGA § 5-6-35 (a) (2), "[a]ppeals from judgments or orders in divorce, alimony, *child custody*, and other domestic relations cases . . ." must be sought by application. (Emphasis supplied.) " ' "Visitation privileges are, of course, part of custody. [Cits.]" ' " *Tuttle v. Stauffer*, 177 Ga. App. 112 (338 SE2d 544) (1985). Therefore, "the instant appeal is subject to OCGA § 5-6-35 and must be dismissed for failure to comply with the procedure established by that statute." *Dudai v. Spisak*, 170 Ga. App. 744 (318 SE2d 501) (1984).

*Appeal dismissed. McMurray, P. J., and Pope, J., concur.*

DECIDED MARCH 12, 1986.

*Eric L. Jones*, for appellants.
*Randall C. Sorenson*, for appellees.